IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY | :Cause No. **1:14-CV-1643-TWP-DML** |
| Plaintiff, | : |
| v. | : |
| GLOBAL CARAVAN TECHNOLOGIES, INC., CHRISTOPHER DOUGLAS, HUSHING DING, KYLE FANG, CHRIS TZENG, C.H. DOUGLAS & GRAY, LLC THOMAS GRAY, DORIS ROBERTS, RED WING CAPITAL, LLC, and CHARLES HOEFER, JR., | : |
| Defendants. | : |
| GLOBAL CARAVAN TECHNOLOGIES, INC., CHRISTOPHER DOUGLAS, HUSHING DING, KYLE FANG, CHRIS TZENG, C.H. DOUGLAS & GRAY, LLC THOMAS GRAY, DORIS ROBERTS, RED WING CAPITAL, LLC, | : |
| Counterclaim Plaintiffs, | : |
| v. | : |
| THE CINCINNATI INSURANCE COMPANY, | : |
| Counterclaim Defendant. | : |

**PLAINTIFF/COUNTERCLAIM DEFENDANT THE CINCINNATI INSURANCE COMPANY'S EXPERT WITNESS DISCLOSURE**

Now comes, Plaintiff/Counterclaim Defendant, The Cincinnati Insurance Company ("CIC"), by and through counsel, for its Expert Witness Disclosure, identifies the following possible expert witnesses:

1. Any expert witness identified by any other party;

2. CIC reserves the right to call any expert witnesses necessary to provide rebuttal testimony in response to the testimony of any other parties' expert witness(es).

                      Respectfully submitted,

                      */s/ James J. Hutton*
                      James J. Hutton (Atty. No. 19413-49)

James J. Hutton (Atty. No. 19413-49)
Douglas H. Fisher (Atty. No. 22960-49)
Law Offices
The Cincinnati Insurance Company
151 North Delaware Street, Suite 1130
Indianapolis, IN 46204
317-632-7146 (Phone)
317-632-7156 (Fax)

April C. Tarvin (Atty. No. 0079248)
David Wirth (Atty. No. 25453-15)
STAFF COUNSEL
THE CINCINNATI INSURANCE COMPANY
P.O. Box 145496
Cincinnati, Ohio 45250-5496
513-603-5342 (Phone)
513-870-2900 (Fax)

jim_hutton@staffdefense.com
april_tarvin@staffdefense.com
david_wirth@staffdefense.com

*Counsel for Plaintiff/Counterclaim Defendant, The Cincinnati Insurance Company*

CERTIFICATE OF SERVICE

       I hereby certify that the above pleading will be served electronically via the Court's CM/ECF system on the 24th day of February, 2016 onto:

Shelley M. Jackson
sjackson@psrb.com

Jonathan P. Emenhiser
emenhiser@psrb.com

George M. Plews
gplews@psrb.com

Counsel for all Defendants except Charles Hoefer, Jr.

S. Andrew Burns
aburns@coxsargelaw.com

Counsel for Defendant Charles Hoefer, Jr.


                                          /s/James J. Hutton


James J. Hutton (#19413-49)
Attorney for Plaintiff, The Cincinnati Insurance Company
LAW OFFICES
THE CINCINNATI INSURANCE COMPANY
Market Square Center, Suite 1130
151 North Delaware Street
Indianapolis, IN 46204-2518
Phone: (317) 632-7146
Fax: (317)-632-7156
jim_hutton@staffdefense.com